```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GEORGIA HORRABIN,                              :
                                               :
                              Plaintiff,       :
                                               :            1:19-cv-07303-GHW
              -against-                        :
                                               :                  ORDER
WALT DISNEY COMPANY, 21ST CENTURY              :
FOX, NEWS CORPORATION,                         :
                                               :
                              Defendants.      :
                                               :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/20

GREGORY H. WOODS, United States District Judge:

On August 12, 2020, the Court held a conference regarding Defendants' motion to compel Plaintiff to comply with her discovery obligations and for sanctions. Dkt. No. 43. For the reasons stated on the record during the conference, Defendants' motion to compel is GRANTED. Defendants' request for sanctions is GRANTED in part and DENIED in part to the extent stated on the record.

Plaintiff is directed to serve her initial disclosures, HIPAA authorizations, and responses and objections to Defendants' document requests and interrogatories by August 17, 2020. The deadline for the completion of fact discovery is extended to 30 days from the date Plaintiff produces this outstanding discovery, for the limited purpose of allowing Defendants to conduct Plaintiff's deposition.

The deadline for submission of motions for summary judgment, if any, is extended to November 6, 2020. The status conference scheduled for September 8, 2020 is adjourned to October 7, 2020 at 10:00 a.m. The joint status letter requested in the case management plan and scheduling order entered on January 6, 2020, Dkt. No. 32, is due no later than September 30, 2020. Except as expressly modified by this order, the case management plan entered by the Court on

January 6, 2020, Dkt. No. 32, remains in full force and effect.

Plaintiff's counsel is directed to pay Defendants' reasonable expenses incurred in bringing the motion to compel, including attorneys' fees. Defendants are directed to file their fee application and supporting documentation by August 26, 2020. Plaintiff's opposition is due within two weeks after service of Defendants' application; Defendants' reply, if any, is due within one week after service of Plaintiff's opposition.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 43.

SO ORDERED.

Dated: August 12, 2020

_____
GREGORY H. WOODS
United States District Judge