USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/20

**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3043 direct
jstoler@sheppardmullin.com

December 29, 2020

<u>VIA ECF</u>                                    **MEMORANDUM ENDORSED**

Honorable Gregory H. Woods
United States District Judge
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   <u>Horrabin v. The Walt Disney Company, et al., No. 1:19-cv-07303</u>

Dear Judge Woods:

We represent defendants, The Walt Disney Company and 21st Century Fox (together, "Defendants") in the above-referenced action. We write in connection with the parties' previous December 22, 2020 conference before the Court and the anticipated submission of their revised FLSA/NYLL settlement agreement and corresponding stipulation of dismissal ("FLSA/NYLL Settlement Agreement") in accordance with the Court's directives.

While the parties had hoped to file the FLSA/NYLL Settlement Agreement for the Court's approval by December 29, 2020, due to the holiday schedules of certain of Defendants' representatives authorized to execute such agreement, the parties respectfully request an additional seven (7) days to file the same with the Court. The parties do not anticipate a need to request any further extensions in this connection.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

*/s/ Jonathan Stoler*

Jonathan Stoler
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:   Counsel of Record

Application granted. The Court expects that the parties will file the executed FLSA/NYLL Settlement Agreement by January 5, 2021.
SO ORDERED.

Dated: December 29, 2020

                                GREGORY H. WOODS
                                United States District Judge